## LUNT *v.* KNIGHT.

### *Practice.*

This was an action of trespass *quare clausum fregit*, similar, in its history, to the foregoing case of *Turner v. Carsley*, except that the verdict for the plaintiff in this Court was for no more than *six* dollars.

*Fessenden*, for the defendant, objected, among other things, that the action ought to have been brought before a justice of the peace, the amount of the verdict shewing that it was within his cognizance.

But the Court observed that had the verdict in the Common Pleas been for the plaintiff, as it appears now it ought to have been, he would have had full costs there, the jurisdiction of justices of the peace in these actions to a certain amount, being concurrent with that Court, but not exclusive. And for the reasons stated in the other case, they granted the certificate.